Carlotta Ramos
vs. } No. 75789.
Continental Casualty Co.

May 24, 1929.

BLODGETT, P. J. Heard upon demurrer of defendant.

There are three grounds of demurrer.

The first ground is the only one relied upon by defendant.

This demurrer is overruled.

*Winoker* vs. *Winoker*, 48 R. I. 184.

The second and third demurrers are overruled.

Defendant has ten days within which to plead.

For plaintiff: McElroy & Fallon.
For defendant: Boss, Shepard & McMahon.